REED & PRINCE MANUFACTURING COMPANY, Appellant, v. LEAR, Inc., Appellee.

No. 10803.

United States Court of Appeals Sixth Circuit.

April 21, 1949.

Fuller, Sherk & Dilley, Grand Rapids, Mich., Howell Van Auken, Detroit, Mich., for appellant.

Warner, Norcross & Judd, Harold S. Sawyer, Jr., Grand Rapids, Mich., for appellee.

Before HICKS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of record, briefs and argument of counsel, and on consideration whereof, it is ordered and adjudged that the judgment appealed from be and the same is affirmed upon the grounds and for the reasons set forth in the opinion of the District Court filed June 7, 1948, 78 F.Supp. 394.